**Order entered July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00646-CV

**ADT SECURITY  SERVICES, INC., Appellant**

**V.**

**VAN PETERSON FINE JEWELERS, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-12111**

## ORDER

In an opinion and judgment that issued on today's date, the Court dismissed this appeal.

Accordingly, we **DENY** as moot appellant's motion to transfer record.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE